**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vincent Everett THOMAS,**
**Defendant–Appellant.**

No. 14–10276
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Shawn Lee Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Clifford Ashcroft–Smith, Esq., Houston, TX, for Defendant–Appellant.

Vincent Everett Thomas, Fort Worth, TX, pro se.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Vincent Everett Thomas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Thomas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Thomas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.